IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 18-CR-30129-SMY |
| | ) | |
| DARIOUS R. JEFFERSON, | ) | |
| a/k/a Darius Jefferson | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

Comes now Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Norman R. Smith, Assistant United States Attorney for said District, and herewith enters into the following Stipulation of Facts with the Defendant, Darious R. Jefferson and his counsel, David Brengle.

1. On or about September 21, 2017, in St. Clair County within the Southern District of Illinois, and elsewhere, Darious R. Jefferson, aided and abetted by Jasmine Sharnae Macklin, did cause the foreseeable mailing of a United States Postal Service Express Mail package from "R. F." and "B. F." to Insp. Jasmine Macklin, P.O. Box 308, East St. Louis, IL 62205 in a scheme to defraud "R. F." and "B. F." and to obtain money by false representations and promises. The Express Mail package contained $4,000 in cash in $100 bills.

2. The money was represented to be needed for the release of their son from federal prison.

3. In December of 2017, the United States Postal Inspection Service was investigating a mail fraud scheme to defraud the parents of a federal inmate by falsely promising the release of their son if they would pay money.

4. On or about December 19, 2017, in Clinton County, within the Southern District of Illinois, Darious R. Jefferson did willfully and knowingly make, and cause to be made, materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of a department or agency of the United States, attempting to obstruct the due administration of justice in the investigation, by telling a United States Postal Inspector and a United States Deputy Marshal during an interview that he did not know "S. F.," "R. F." or "B. F."

5. The statement was materially false in that Darious R. Jefferson had served time in federal prison together with "S.F." and had received money from "S.F.'s" parents, "R. F." and "B. F." on the assurance that he was working to get "S.F." out of federal prison.

**SO STIPULATED:**

STEVEN D. WEINHOEFT
United States Attorney

_____
DARIOUS R. JEFFERSON
Defendant

_____
NORMAN R. SMITH
Assistant United States Attorney

_____
DAVID BRENGLE
Attorney for Defendant

Date: 03/14/2019